# United States District Court
## For The Western District of North Carolina
### Charlotte Division

United States of America ,

             Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                      3:10-cv-584

Rashid A. Buttar, et al,

             Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2011 Order.

Signed: July 13, 2011

Frank G. Johns, Clerk
United States District Court