IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:10CV584 |
| | ) | (Financial Litigation Unit) |
| Rashid A. Buttar, | ) | |
| Defendant. | ) | |

### RELEASE OF JUDGMENT

The United States, Plaintiff, requests that the Clerk of the United States District Court for the Western District of North Carolina is hereby authorized and empowered to release and cancel said judgment of record, and the Clerk of Court, Mecklenburg County, Charlotte, NC, is hereby authorized to release said Judgment of Record, as recorded on or about September 26, 2012, 12M10681; and the Clerk of Court, Horry County, Conway, SC, is hereby authorized to release said Judgment of Record, as recorded on or about October 17, 2012, 2012000121413, Book 204 at Page 989.

This, May 10, 2018.

R. ANDREW MURRAY
UNITED STATES ATTORNEY
WESTERN DISTRICT OF NORTH CAROLINA

s/Tiffany Mallory Moore
Assistant United States Attorney
GASB# 744522
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Ph: (704) 344-6222
Fx: (704) 344-6629

# CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2018, the foregoing Release of Judgment was duly served upon Defendant herein via electronic notice and/or by mailing a copy thereof, postage prepaid and properly addressed at the last known address as follows:

Rashid A. Buttar
c/o Burt & Cordes, PLLC
122 Cherokee Rd, Ste. 1
Charlotte, NC  28207

                R. ANDREW MURRAY
                UNITED STATES ATTORNEY
                WESTERN DISTRICT OF NORTH CAROLINA

                s/Tiffany Mallory Moore
                Assistant United States Attorney
                GASB# 744522
                227 West Trade Street, Suite 1650
                Charlotte, NC 28202
                Ph: (704) 344-6222
                Fx: (704) 344-6629